## Kidder *against* Townsend.

ALBANY,
August, 1808.

Townsend
v.
Lee.

ON *certiorari.* The plaintiff below declared against the defendant, in an action of trespass *quare clausum fregit*, and taking away ten sheep ; for cutting down and carrying away ten trees ; and for wounding and maiming a horse. The defendant pleaded not guilty. The evidence produced at the trial, was detailed in the return, but it is unnecessary to state it here.

*E. Williams*, for the plaintiff in error.

*Richardson*, contra.

## Townsend *against* Lee.

ON *certiorari.* After issue joined between the parties before the justice, the defendant requested an adjournment of the trial, for three months, on account of the absence of a material witness in *Vermont*, which was granted. The parties appeared on the day appointed, and the defendant requested a further adjournment of the trial, on account of the absence of the same witness. The justice required the defendant to state what he expected to prove by the witness ; and the justice being of opinion that it was not material, refused to adjourn the trial a second time. The jury found a verdict for the plaintiff below, for 25 dollars.

*Where a justice has once adjourned a cause for three months, at the request of a party, he cannot grant a second adjournment at the request of the same party.*

*Richardson*, for the plaintiff in error.

*E. Williams*, contra.

*Per Curiam.* The justice having once adjourned the cause for three months, at the request of the defendant, he could not, afterwards, grant a second adjournment, at the request of the same party.

In the case of *Easton* v. *Coe*, (2 *Johnson*, 383.) the first adjournment was with the consent of the parties, and not by order of the justice. The judgment must be affirmed.

Judgment affirmed.